## UNITED STATES COURT OF INTERNATIONAL TRADE

|   |   |
|---|---|
| RKW KLERKS INC., | X |
| Plaintiff, | : |
| v. | : |
| UNITED STATES, | : Court No. 20-00001 |
| Defendant. | : |
|   | X |

## COMPLAINT

Pursuant to the Rules of the United States Court of International Trade, Plaintiff, RKW Klerks Inc., through its undersigned attorneys, alleges for its complaint as follows:

### FIRST CAUSE OF ACTION

1. Jurisdiction of the United States Court of International Trade over the subject matter of this civil action is invoked pursuant to 28 U.S.C. § 1581(a).

2. On November 12, 2019, Plaintiff filed protest number 1601-19-100866 *via* the ACE Portal.

3. On the same date, pursuant to 19 C.F.R. §174.22, a copy of the protest was mailed via certified mail to Anne Marie Paul, Center Director of CEE-Industrial & Manufacturing Materials Center, U.S. Customs and Border Protection at the Port of Buffalo requesting accelerated disposition of protest number 1601-19-100866. This request was received by CBP on November 15, 2019.

4. As of December 12, 2019, no action had been taken by Customs and Border Protection with respect to the request for accelerated disposition. Accordingly, this protest, pursuant to 19 C.F.R.§174.22(d), was deemed denied by operation of law.

5. Plaintiff has standing under 28 U.S.C. §2631, as amended, to prosecute this civil action to contest the denial, pursuant to Section 515 of the Tariff Act of 1930 (19 U.S.C.§ 1515), of a protest filed under Section 514 of the Tariff Act of 1930 (19 U.S.C.§ 1514).

6. Plaintiff is the importer of record of the merchandise in the entry.

7. The instant action was timely commenced, all liquidated duties having been paid before the commencement of this action, and all other conditions precedent to the commencement of this action having been performed or having occurred.

8. The merchandise in issue is RKW Klerks' net wrap which is described on the commercial invoices as TopNet, Rondotex or similar designations. The merchandise in issue is commonly referred to as bale wrap.

9. Plaintiff's net wrap is a finished product in its imported condition.

10. Plaintiff's net wrap has only a single use, *i.e.*, to wrap hay or silage into bales with the use of a hay baler.

11. At the time of importation, RWK Klerks' net wrap's use and identity is fixed with certainty.

12. After importation, RWK Klerks' net wrap is used as imported and there is no post-importation processing or further advancement of the imported net wrap.

13. The net wrap in issue was liquidated under HTSUS subheading 6005.39.00 which provides for "Warp knit fabric ... Other, printed" and duty paid at the rate of 10.0% *ad valorem*.

14. Plaintiff claims that the net wrap is properly classified under HTSUS subheading 8433.90.50 as "harvesting or thrashing machinery, including straw or fodder balers ... Parts ... Other", duty-free.

## SECOND CAUSE OF ACTION

In and for its Second Cause of Action, Plaintiff alleges as follows

15. The allegations set forth in paragraphs 1 through 13, *supra,* are repeated and incorporated by reference as if said allegations had been set out in full.

16. Plaintiff claims that its net wrap is classified under subheading 8436.99.00 as "Other agricultural ... machinery ... Parts ... Other," duty-free.

17. Wrapping bales of hay or silage is an agricultural endeavor.

## THIRD CAUSE OF ACTION

In and for its Third Cause of Action, Plaintiff alleges as follows:

18. The allegations set forth in paragraphs 1 through 13, *supra,* are repeated and incorporated by reference as if said allegations had been set out in full.

19. Plaintiff claims that its net wrap is classified under subheading 5911.90.00 as "Textile products and articles, for technical uses, specified in note 7 of this chapter ... other" and subject to duty at the rate of 3.8% *ad valorem*.

20. The net wrap in issue is in a rectangular shape which has been wound into a roll and wrapped in plastic in its imported condition.

21. Wrapping bales of hay or silage is performed on machines termed "balers."

22. Wrapping bales on a bale wrapping machine is a technical use.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests judgement be entered sustaining its classification claim(s) and directing the appropriate Customs officer to reliquidate the subject entry and refund to Plaintiff any overpayment of duties together with interest as provided by law and for such other and necessary relief the Court deems just and appropriate under the circumstances.

Respectfully submitted,

SIMONS & WISKIN
*Attorneys for Plaintiff*

By: _____
Philip Yale Simons
Jerry P. Wiskin
102 South Broadway
South Amboy, NJ 08879
Tel: (732) 316-2300

Dated: January 6, 2020

UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| RKW KLERKS INC., | X | |
| Plaintiff, | : | |
| v. | : | |
| UNITED STATES, | : | Court No. 20-00001 |
| Defendant. | : | |
| | X | |

## CERTIFICATE OF SERVICE

    I, Philip Yale Simons, hereby state that I am a member of the Firm of SIMONS & WISKIN, attorneys for RKW Klerks Inc., and that on January 6, 2020, I served a copy of the Plaintiff's Complaint in the above referenced case to:

> Justin Miller, Esq.
> Department of Justice
> Commercial Litigation Branch - Civil Division
> International Trade Field Office
> 26 Federal Plaza
> New York, NY 10078

by depositing a copy of said complaint in a U.S. Postal Service mailbox, in a sealed envelope, postage prepaid.

_____
Philip Yale Simons, Esq.