**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: HON. MARK A. BURNETT, CHIEF JUDGE**

|  |  |
|---|---|
| RKW KLERK'S, INC., | X |
| Plaintiff, | : |
| v. | : |
| UNITED STATES, | : Court No. 20-00001 |
| Defendant. | : |
|  | X |

## NOTICE OF APPEAL

Notice is hereby given that RKW Klerk's, Inc., plaintiff in the captioned action, appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on October 4, 2022.

                Respectfully submitted,

                SIMONS & WISKIN
                *Attorneys for Plaintiff*

By:   /s/ Jerry P. Wiskin
        Jerry P. Wiskin

        98 Craig Road
        Manalapan, NJ 07726
        (732) 316-2300
        Email: jpwiskin@simonswiskin.com

November 28, 2022